# United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                    Case No. _____

**Kremers, Linda C.** _____   Chapter **7** _____

Debtor(s)

## STATEMENT OF SOCIAL SECURITY NUMBER(S)

1. Name of Debtor (enter Last, First, Middle): **Kremers, Linda C.** _____
*(Check the appropriate box and, if applicable, provide the required information.)*

☑ Debtor has a Social Security Number and it is: **5 5 4** - **7 2** - **8 6 1 5**
       *(If more than one, state all.)*

☐ Debtor does not have a Social Security Number.

2. Name of Joint Debtor (enter Last, First, Middle): _____
*(Check the appropriate box and, if applicable, provide the required information.)*

☐ Joint Debtor has a Social Security Number and it is: _ _ _ - _ _ - _ _ _ _
       *(If more than one, state all.)*

☐ Joint Debtor does not have a Social Security Number.

I declare under penalty of perjury that the foregoing is true and correct.

**X** _Linda C Kremer_     8/16/07
    Signature of Debtor                    Date

**X** _____  _____
    Signature of Joint Debtor                Date

---

*\* Joint debtors must provide information for both spouses.*
*Penalty for making a false statement:* Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2007 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only